RECEIVED
SEP 0 1 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
United States District Court Northern
District of Illinois
Eastern District

Sylvester Jamison
              Plaintiff
      Vs

11 C 6112
Judge Charles R. Norgle, Sr
Magistrate Judge Geraldine Soat Brown

City of Chicago
Jody Weiss in his
individual capacity, and
official capacity, John Doe
in his individual capacity
and official capacity, John Do
in his individual capacity
and official capacity as
Chicago police officer

Civil No:
III Article Judge
VII Amendment Jury
Trial.

## 42 U.S.C. §§ 1983

Now comes Sylvester Jamison in His own proper persona Suris Juris, and state He has no former legal training, and brings forth this claim for false Arrest illegal detainment, 4th And 14th Amendment Violation.

### Jurisdiction
Jurisdiction is invested in this court pursuant to 28 U.S.C. §§ 1331 & 28 U.S.C. §§ 1334

### Venue
Venue is invested in this court pursuant to 28 U.S.C. §§ 1391(b).

## Parties

Sylvester Jamison is a pretrial detainee housed at 8650 S. California, Chicago, Illinois, 60608. The Plaintiff contact address is P.O. Box 089002, Chicago, Illinois, 60608.

Defendant Jody Weiss can be served at 35th Michigan Ave, Chicago, Illinois, 60602. He's being substatuded for the John Doe peace officers who's names are unknown to the plaintiff.

## Facts

1. Plaintiff states their was a shooting around the location 1931 N. Milwaukee Ave; at all times the plaintiff was coming through the area on or around 11:15 pm on September 5, 2009

2. Plaintiff states he violated no traffic tickets or ordanence, which the city of Chicago makes arrestable under law of the state of Illinois.

3. Plaintiff states the seizure of his person was illegal, because they never seen him violate any infraction.

4. Plaintiff states he was never wrote any tickets, but was stop, and taking to the car for a showup, and after the showup he was taken to the police station.

5. Plaintiff states their was no arrest warrants for his arrest nor was their any investigative alerts.

6. Plaintiff states the officer didn't do a Terry Stop either, because their was no traffic tickets wrote.

7. Plaintiff states A 42 U.S.C. §1983 Suit is lawful when the police didn't have probable cause.

8. Plaintiff states their was no probable cause to stop his vehicle, nor did the police contact the dispatcher to inform him or her that I had violated any infractions.

9. Plaintiff states the incident to Arrest was Traffic Tickets, which were never wrote.

10. Plaintiff states the police Arrest was illegal, because they failed to properly go to A Judge who could Access the creditability and or reliability of the Affiant who states I committed A infraction.

11. Plaintiff states, the 4th Amendment makes Applicable that, "no warrant shall issue, but upon probable cause support by oath or Affirmation describing the place to be searched, and person to be seized.

12. Plaintiff states his Arrest is in violation of the 4th Amendment to the United States constitution.

13. Plaintiff states the officer should have known or knew they were violating his constitutional right to be free from unwanted detention.

14. Plaintiff states the Supreme Court has stated a Seizure happens when A individual isn't free to leave.

15. Plaintiff states when they illegal pull him over He wasn't free to leave, and he failed that He

was under arrest.

16. Plaintiff states the two officer conspired to deprive him of his right as a citizen to be free from oppressive behavior, and detained for more then 48 hours without probable cause.

17. Plaintiff states the city of chicago is a sueable entity under §1983, because it's a municipality subject to damages under the mandates of Monell vs New York Social Services.

18 Plaintiff raise a monell claim for failure to train the officers, because of the failure to train officers knowingly, intentionally with malice deprived the plaintiff of his freedom to be free from a unreasonable seizure.

19. Plaintiff states officers failed to prosue procedure due process, and didn't afford plaintiff equal protection of the law.

20. Plaintiff states the Illinois constitution of 1970, Article 1 Section 2, Article 1, Section 6, Article 1, Section 8 makes applicable that illinois citizen's are free from unwanted restriction of the persons.

21 Plaintiff has suffered injuries of about two years of Illegal detainment, and false imprisonment.

22 Plaintiff states a Party Subjected to false imprisonment starts at the time of arrest up until Arraignment.

23. Plaintiff states He seeks damages from the court.

### Relief Sought

Wherefore plaintiff prays for Relief;

1. Compensatory damages in the amount which the court deems Just, and fair.
2. Punitive damages in the amount which the court deems Just and fair.
3. Seeking counsel under the trial bar obligation, federal rules of civil procedure; Rule 11, local rules.

Respectfully Submitted

IN THE
United States District Court
Northern District of Illinois
Eastern Division

Sylvester Jamison VS City of chicago et.al
Civil No:
III Article Judge
VII Amendment Jury

Notice of filing

Please take notice I LARRY m. Banks DID the civil suit for Mr. Jamison. Mr Jamison statute time runout on September 5, 2011. This suit was put in the mail August 28, 2011. Plaintiff is requesting for counsel to be appointted under the trial bar obligation Rule 11 Local Rule. Send documents to address on postage.

1. Notice of filing
2. 42 U.S.C. ss 1983.

Respectfully Submitted