IN THE
United States District Court
Northern District of Illinois
Eastern Division

**FILED**
SEP 15 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sylvester Jamison Vs City of Chicago et al
Civil No: 11C6112

Notice of filing

Please take Notice I have sent one original copy of the motion to Amend name.

1. Notice of filing
2. Amend names

Respectfully Submitted

In The
United States District Court
Northern District of Illinois
Eastern Division

FILED
SEP 15 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sylvester Jamison Vs City of Chicago et. al

Civil No: 11 c 6112

Amend Names of parties
Federal Rules of Civil procedure
Rule 15(a)

Now comes Sylvester Jamison in his own proper persona Suris Juris and moves this honorable court as following:

## Procedure Posture

1. Plaintiff knows the name of the defendant Paul Powses, Monty Cassioy

2. Plaintiff Amends the complaint, and ask the clerk to put, the defendants name for Jody Weiss.

3. Plaintiff State Rule 15 makes it Applicable, if the two year time has past.

4. Plaintiff will have the name around September 12, 2011.

Wherefore Plaintiff prays the defendant are served with the Summons.

Respectfully Submitted
SQ